AUSA: Zachary Zurek Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Sarah Pettey Telephone: (313) 226-0500

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Anthony Lamont Fowlkes

Case No.
Case: 2:26−mj−30565
Assigned To : Unassigned
Assign. Date : 9/14/2026
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 1, 2026 - August 31, 2026 in the county of Oakland in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C § 2251(a) and (e) | Sexual exploitation of a child and attempt. |
| 18 U.S.C. § 2252A(a)(2) | Distribution and receipt of child pornography, and attempt. |
| 18 U.S.C. §2252A(a)(5)(B) | Possession of child pornography. |
| 18 U.S.C. § 1470 | Transfer of obscene matter to a minor. |
| 18 U.S.C. § 875(d) | Interstate Threats with Intent to Extort. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Sarah E. Pettey
*Complainant's signature*

Sarah Pettey, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: September 11, 2026

City and state: Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT AND A CRIMINAL COMPLAINT**

I, Sarah Pettey, a Special Agent with Homeland Security Investigations, being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with Homeland Security Investigations (HSI) in Detroit, Michigan and have been since April 2009. I served seven years in financial investigations and ten years focused on human trafficking, human smuggling, and child exploitation. I am currently assigned to the HSI Detroit Special Victims Group. Prior to joining HSI, I began my federal law enforcement career in 2003 with the United States Secret Service, New York Field Office. I served in the Electronic Crimes Task Force and in Protective Intelligence, gaining experience in cyber-enabled investigations and child exploitation. I successfully completed foundational and advanced federal law enforcement training, including the Criminal Investigator Training Program, the United States Secret Service Special Agent Training Program, and the Homeland Security Investigations Special Agent Training Program.

2. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged

in enforcing the criminal laws, including 18 U.S.C. §§2251, 2252A, 1470 and 875(d) and I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Anthony Lamont Fowlkes, for violation of 18 U.S.C. § 2251(a) and (e) (sexual exploitation of a child and attempt), 18 U.S.C. § 2252A(a)(2) (distribution and receipt of child pornography, and attempt), 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography), 18 U.S.C. § 1470 (transfer of obscene matter to a minor), and 18 U.S.C. § 875(d) (interstate threats with intent to extort).

4. The statements in this affidavit are based on my investigation of this matter as well as information conveyed to me by other law enforcement officers, to include other HSI agents, as well as information obtained from local law enforcement officials.

5. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause that Anthony Lamont FOLWKES committed the listed offenses.

## PROBABLE CAUSE

Investigation Referral

6. In August 2026, the Waterford, Michigan, Police Department ("WPD") informed HSI Detroit Special Victims Group ("SVG") that a suspect, later identified as FOWLKES, had been sexually extorting, or sextorting, and coercing a 15-year-old girl, Minor Victim One ("MV1"), and a 16-year-old girl, Minor Victim Two ("MV2"), to send sexually explicit images of themselves to FOWLKES via his phone number xxx-xxx-7380 ("-7380"). On or about August 1, 2026, MV1 reported FOWLKES's conduct to WPD. WPD responded to MV1's residence and interviewed both MV1 and MV2, who disclosed to WPD that FOWLKES knew their ages and asked for nude pictures, and that they both sent him fully nude images of themselves. MV1 and MV2 also reported that when MV2 tried to end their contact with FOWLKES, he tried to sextort them by threatening that if MV2 did not continue communicating with him and providing sexually explicit photographs, he would post both MV1 and MV2's nude photographs on social media sites.

7. MV1 explained that in July 2026, FOWLKES befriended MV1 on a social media and live video chat platform called The Monkey App ("Monkey"), a chat platform where individuals can live-stream with random strangers online. On Monkey, FOWLKES and MV1 exchanged phone numbers and later began to

communicate through text messages. FOWLKES texted MV1 using the phone number ending in -7380.

8. On or about July 15, 2026, MV1 sent FOWLKES a photograph of her and MV2. FOWLKES then requested that MV1 give MV2 his number and that MV2 text him so that he would be able to contact her as well.

9. In summary, and as detailed further below, the online chat conversations between FOWLKES, MV1, and MV2 show that FOWLKES coerced both MV1 and MV2 into sending sexually explicit and intimate images of themselves to him. FOWLKES sent audio messages and approximately four images of a penis to MV1 and MV2 in a group thread. FOWLKES also appears to have been grooming MV1 and MV2 to be his "submissives" in a "dominant and submissive" relationship. After several weeks of texting, MV2 refused to "submit" to FOWLKES during a conversation and an argument ensued. MV2 blocked FOWLKES on her phone and discontinued communication. FOWLKES continued to demand sexually illicit images from MV1 and attempted to obtain them from MV2 through MV1. FOWLKES also used MV1 to get MV2 to unblock him by threatening to post nude images of both of the minor victims on social media sites.

FOWLKES's Attempted Receipt of Child Pornography

and Sexual Exploitation of MV1

10. On August 4, 2026, the minors, with MV1's parents, went to WPD to surrender their phones. WPD completed a forensic extraction of MV1's phone and identified a text thread between FOWLKES and MV1. In this thread FOWLKES demanded images of MV1 nude, and MV1 sent FOWLKES pictures that showed her breasts, buttocks, genitalia and face. FOWLKES and MV1 discussed their ages and that of MV2. FOWLKES talked about both minor victims traveling to Massachusetts to live with FOWLKES and discussed their dominant/submissive relationship. FOWLKES also attempted to have MV1 send him money from her bank account. Below are portions of the chat thread between FOWLKES and MV1 provided in the forensic report:

*Text Messages sent on July 11, 2026*

- FOWLKES: Send me some nudes before you do pls
- MV1: Not rn sry cutie I'm Not Well mentally
- FOWLKES: Ah okay. Maybe later.
- MV1: In the morning i can give you some I leave work
- MV1: Im sorry

*Text Messages sent on July 12, 2026*

- MV1: I kept my word
- MV1: image/jpeg21acdf0e-2144-4fe2bbfa-a9a7346875db.jpg *[I reviewed this image and the though the picture is extremely dark, it appears to depict a clothed or blanked body]*
- MV1: image/jpeg16d7242b-6e48-4e69-b7df-8d9930685535.jpg [*I reviewed this image and though the picture is extremely dark, it appears to depict unclothed female breasts*]
- FOWLKES: I wanted you naked
- MV1: Second one is
- MV1: Sorry cutie i took them in a rush
- FOWLKES: The second one is just showing tits. That's not fully naked

*Text Messages sent on July 21, 2026*

- FOWLKES: Send me some a.m nudes
- MV1: image/jpeg55c745ce-3263-414f-bc2d-4458f8f97c0f.jpg [*I reviewed this image and it appears to depict a female holding her black t-shirt over her exposed breasts. Her tongue is sticking out, and the picture is cut off at her nose.*]
- FOWLKES: Good bitch
- FOWLKES: I want a few more though

- FOWLKES: Hello!?
- FOWLKES: Tf
- MV1: Sorry im tryna finish a project and i had to wait for my dad to get on another meeting so i know he wont walk in on me
- MV1: image/jpega4710ee9-35c1-4255-b0c7-cb1784dae884.jpg [*I reviewed this image and it appears to depict MV1 in a bathroom standing in front of a mirror. Her pants are below her knees exposing her genitalia and she is holding her t-shirt above her exposed breasts.*]

*Text Messages sent on July 30, 2026*

- FOWLKES: I'm good. Where are my nudes
- MV1: image/jpeg9f781d4c-cf35-47db-85e4-c5f2413270bd.jpg 7/30/2026 8:35:32 AM(UTC-4) [*I reviewed this image and it appears to depict MV1 standing in a bathroom in front of a mirror. She is wearing a black bra or tank top that is pulled, exposing her breasts. She is wearing no other clothing. She is taking the picture with the phone in her left hand.*]
- FOWLKES: Idky I had to ask. You know you're supposed to send them

11. In this same text conversation, MV1 also introduced FOWLKES to MV2, and FOWLKES obtained MV2's phone number.

*Text Messages sent on July 15, 2026*

- FOWLKES: Nudes please
- MV1: My sister is still over
- FOWLKES: Tell her to go home!
- FOWLKES: Lol
- MV1: She is one of the other subs lol
- MV1: Shes not my actual sister weve just been friends for 10 years
- MV1: image/jpegde929fe6-5707-409a-8b5f-dad1ac266cfa.jpg [*I reviewed this image and it appears to depict MV1 and MV2 together. Both are fully clothed.*]
- FOWLKES: Shes hott
- FOWLKES: She likes older as well right?
- MV1: Yes Definitely
- MV1: She loves older
- FOWLKES: Bet! She single and looking?
- FOWLKES: She ready to be claimed like I have over you?
- MV1: This is [*nickname for MV2*]
- MV1: Yes
- FOWLKES: Do you have a phone

- MV1: She does
- FOWLKES: Give her my number and tell her to text me rn
- MV1: *[MV1 provides MV2's phone number]*
- MV1: Text her
- FOWLKES: Also show her a pic of me so she at least knows what I look like.
- MV1: She knows
- FOWLKES: image/jpeg20399.jpg [*I reviewed this image and it appears to depict FOWLKES fully clothed, standing in front of a mirror holding a DSW shopping bag and taking a picture of himself*]
- FOWLKES: image/jpeg20340.jpg [*I reviewed this image and it appears to depict FOWLKES fully clothed from the chest up. He is wearing a black short sleeve button up and black sunglasses.*]
- MV1: I showed her your pfp[1] that my phone auto apied
- MV1: Applied
- FOWLKES: oh okay
- FOWLKES: I hope you have told her good things about me

[1] I understand the term "pfp" to refer to a profile picture.

- FOWLKES: How much older does she like?
- MV1: 16-40
- MV1: We are both 16[2]
- FOWLKES: Okay bet. Whay [sic] did she think of me?

12. In a group chat on MV1's phone with MV1, MV2, and FOWLKES, on or about July 17, 2026, FOWLKES encourages the girls to come live with him in the New England area. At one point, he says to both girls, *"I plan on fucking you both when you come live with me."*

<u>FOWLKES's Attempted Receipt of Child Pornography and Sexual Exploitation of MV2</u>

13. On August 4, 2026, law enforcement completed a forensic extraction of MV2's phone and identified a text thread between FOWLKES and MV2. In this conversation, FOWLKES disclosed his age, discussed dominant/submissive relationship content, and demanded nude images of MV2. I understand from my investigation that MV2 likely sent a number of images to FOWLKES, but these photos were not recovered during the forensic extraction of MV2's phone, because, I believe, MV2 deleted the images from her phone. Furthermore, the below conversations at the very least show FOWLKES attempted to use MV2 to have her

[2] I understand from my investigation that MV1 was 15 at the time but was turning 16 shortly and therefore represented that she was 16 years old.

create child pornography of herself. Below are portions of the chat thread provided in forensic report, from July 15, 2026:

- SUBJECT: Did [*nickname for MV1*] tell you how old I am?
- MV2: No
- SUBJECT: I'm 40

14. Later in the conversation on July 15, 2026, between MV2 and FOWLKES, the following exchange occurred:

- FOWLKES: Go send me a full body nude in her bathroom
- FOWLKES: Well show as much as you can because I know you're a tall bitch
- FOWLKES: I like fat bitches
- FOWLKES: That's sexy as fuck to me

*Text Messages Sent on July 17, 2026*

- FOWLKES: I want to see you naked rn
- FOWLKES: Take those panties off bitch
- FOWLKES: Much better. Let me see your pussy

[…]

- FOWLKES: Let me see your pussy
- FOWLKES: TF

- FOWLKES: Much better
- FOWLKES: I can't wait to be in that pussy, well if you're still alive by that point

15. After several weeks of texting, MV2 refused to "submit" to FOWLKES during a conversation and an argument ensued. MV2 blocked FOWLKES on her phone and discontinued communication. FOWLKES continued to demand sexually explicit images from MV1 and attempted to obtain them from MV2 through MV1. FOWLKES also used MV1 to get MV2 to unblock him. Below is an excerpt of the text messages exchanged between MV1 and FOWLKES on August 1, 2026:

- MV1: She didn't wanna be yours anymore you werent compatible
- FOWLKES: Well I'm going to post every day until she becomes mine again
- MV1: Your 40 years old acting like a child your not gonna get everything you want

16. Later in the conversation on August 1, 2026, between MV1 and FOWLKES, the following exchange occurred:

- FOWLKES: DO YOU WANT YOUR SHIT POSTED AS WELL?
- FOWLKES: IF NOT THEN STFU

- FOWLKES: That's what I thought. Sit Down and Stfu. This is between her and I
- MV1: Just don't post our stuff please
- MV1: Please

17. On the same day, August 1, 2026, MV2 unblocked SUBJECT and resumed communication with him via text message. MV2 told FOWLKES that she knew his real name and would go to the police if he continued to "send shit of me around." MV2 also asked FOWLKES to delete her photos. FOWLKES responded:

- FOWLKES: I DON'T GIVE A FUCK ABOUT THE COPS. I'M NOT SCARED. GO TO THEM RN, I FUCKING DARE YOU
- FOWLKES: That's DEFINITELY not how it works.
- MV2: If you want me to fucking listen then delete all those fucking photos or me and [nickname for MV1] will track you down and get you areste Anthony fowlkes
- FOWLKES: Go ahead
- FOWLKES: I don't care nor am I scared
- MV2: Fine I'll fucking listen just don't post my shit

[…]

- FOWLKES: I'm waiting since you want to act so big and fucking tough. Call them
- FOWLKES: I'm waiting
- FOWLKES: Yeah, that's what the fuck I thought
- FOWLKES: Now who the fuck do you belong to

[…]

- FOWLKES: Who THE FUCK do you belong to

[…]

- FOWLKES: Next is posting [nickname for MV1] shit as well IF you do not conform to me.

18. In between and after the above chats, on or about August 1 and August 2, 2026, FOWLKES sent numerous messages to MV2 indicating that he had posted MV2's nude photographs online. MV2 continued to ask FOWLKES to stop. Below is a description of one of the messages FOWLKES sent to MV2 on or about August 1, 2026:

- image/jpeg5270.jpg [*I have reviewed this image and it appears to depict a shirtless female with her breasts exposed. The picture is cut off above her nose. The picture appears to be posted on a Facebook*

*account.* [3] *I suspect this image to be MV2 based on other images of her that I have reviewed.*]

19. Later in the conversation between MV2 and FOWLKES, the following exchange occurred:

- FOWLKES: image/jpegscreenwriter_temp1785630070832.jpg [*I have reviewed this file and it appears to be a collage of still shots from three videos. One still shot video is of two females kissing. I suspect this video to be of MV1 and MV2 because I located a matching video on MV1's phone extraction. MV1's face was visible and MV2's profile was visible at the end of the video. The second still shot video is a hand between unclothed legs with partial female genitalia exposed. The third still shot video is MV2 in a bathroom. She is standing with her back to the mirror and her upper torso and face are turned toward the mirror. Her pants are down with her buttocks exposed. She is holding a phone in her left hand raised up. The collage appears to be posted on Facebook.*[4]]
- MV2: [*MV2 sent what appears to be a blank message*]

[3] HSI reviewed social media sites related to FOWLKES but did not find the image sent to MV2 in this conversation.

[4] HSI reviewed social media sites related to FOWLKES but did not find the images sent to MV2 in this conversation.

- SUBJECT: Should I keep going?
- MV2: Stop
- SUBJECT: Then who THE FUCK do you belong to

This exchange between FOWLKES and MV2 continued, and FOWLKES made further statements in which he threatened to post additional nude photos of MV2 online. At one point in the exchange, FOWLKES stated: "Every insult you have for me results in me posting more."

<u>Sexually Explicit Images Sent from FOWLKES</u>

20. MV1's phone extraction also contained a group text thread between FOWLKES, MV1, and MV2. In this thread FOWLKES sent four images of an adult penis to MV1 and MV2. The images were all timestamped on July 16, 2026. Based on the context in which these images were sent, I understand these images to depict FOWLKES's exposed penis. FOWLKES sent the first image of an adult penis with the message "This will be your responsibility[.]" Later in the same group conversation on July 16, 2026, FOWLKES sent three more images of an adult penis to MV1 and MV2, and the minors responded, including by commenting on taking that "responsibility."

Identification of FOWLKES

21. In August 2026, a summons was sent to the cell phone provider for the phone number -7380 associated with FOWLKES. Records from the cell phone provider listed the subscriber for -7380 as Anthony FOWLKES of an identified residence in Malden, Massachusetts.

22. Open source and law enforcement database searches confirmed FOWLKES as Anthony Lamont FOWLKES (DOB: XX/XX/1986). FOWLKES has a Massachusetts driver's license which listed the identified residence in Malden, Massachusetts, and includes a picture, which is consistent with the selfies FOWLKES sent to MV1 and MV2 in the messages described above.

23. The Malden Police Department ("MPD") in Massachusetts, forwarded FOWLKES's state identification picture to WPD to confirm the identity match.

NCMEC Cybertips

24. Based on information about FOWLKES's identity, such as his address and phone number, I queried the National Center for Missing and Exploited Children (NCMEC) for Cybertips associated with FOWLKES's personal information. I received a total of five Cybertips suggesting FOWLKES has more minor victims nationwide. Below is a summary of the contents of the Cybertips.

25. CyberTipline Report 184726730, 01-17-2024, is a report from Snapchat regarding FOWLKES saying "Let me see your tits rn though" to an apparent 16-year-old minor (MV3).

26. CyberTipline Report 223858664, 11-18-2025, is a report from Meta suggesting FOWLKES said "When you get back, I need a full body nude picture" to an apparent 16-year-old minor's Instagram account (MV4). When the minor apparently did not respond to FOWLKES's liking, FOWLKES wrote "I'm posting the screenshots then."

27. CyberTipline Report 230194262, 02-16-2026, is a report from Snapchat related to an approximately 15-year-old Snapchat user's account (MV5). MV5's Snapchat account reported the following: "They are saying they are going to post my nudes if I don't let them get me pregnant and do what they say[.]" In the accompanying chat, FOWLKES's suspected Snapchat account asks MV5, "After I get done fucking her […] You going to suck hwr pussy juices off my dick?" Later, FOWLKES sends multiple messages telling MV5 to show her "ass" and to do it "without attitude" or her "pix are getting posted."

28. CyberTipline Report 232301113, 03-16-2026, is from CashApp and shows FOWLKES's CashApp account paying $20 to a suspected 16-year-old's account.

29. Cybertipline Report 1900998, 07-26-2026, is from Snapchat and involves a suspected 17-year-old minor (MV6). In a report to Snapchat, MV6 writes "They are threatening to leak my nudes." In the accompanying chat, FOWLKES wrote "You sending me nudes or nah?" MV6 reported that she needed 5 minutes because she was in the middle of a mental breakdown, and said "sorry." FOWLKES responded, "Okay, well be sorry and send me some nudes."

**CONCLUSION**

30. Based on the foregoing, there is probable cause for a complaint and arrest warrant for Anthony Lamont Fowlkes for violations of 18 U.S.C. § 2251(a) and (e) (sexual exploitation of a child and attempt), 18 U.S.C. § 2252A(a)(2) (distribution and receipt of child pornography, and attempt), 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography), 18 U.S.C. § 1470 (transfer of obscene matter to a minor), and 18 U.S.C. § 875(d) (interstate threats with intent to extort).

Respectfully submitted,

Sarah E. Pettey

Special Agent Sarah Pettey
Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

David R. Grand

Hon. David R. Grand
United States Magistrate Judge

Date: September 11, 2026